[No. 20581-1-I.   Division One.   July 25, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. PEDRO
SANCHEZ, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 87-1-00516-6, Gerard M. Shellan, J., entered
May 22, 1987. *Affirmed* by unpublished opinion per Pekelis,
J., concurred in by Grosse and Winsor, JJ.

[No. 20071-2-I.   Division One.   July 25, 1988.]

*In the Matter of the Marriage of* EDWARD G. VEASEY,
*Appellant, and* JEANETTE VEASEY,
*Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. D-49106, Nancy A. Holman, J., entered Feb-
ruary 13, 1987. *Affirmed in part* and *remanded* by unpub-
lished opinion per Swanson, J., concurred in by Coleman,
A.C.J., and Winsor, J.

[Nos. 19962-5-I; 21081-5-I.   Division One.   July 25, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. RAYMOND
DONALD CURRY, *Appellant.*

Appeals from a judgment of the Superior Court for King
County, No. 86-1-01744-1, Donald D. Haley, J., entered
February 11, 1987. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Coleman, A.C.J., and Grosse,
J.